**FEE DUE**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### 255 East Temple Street.
### Los Angeles, California 90012



FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

Jose Mauro Salazar- Garza

        *Petitioner,*

    *v.*

**FERETI SEMAIA,** Warden at Adelento ICE Processing Center[1];

**PAM BONDI,** United States Attorney General;

**KRISTI NOEM,** Secretary of Homeland Security,

        *Respondents.*

*Case No.*
**2:25-CV-05324-SB-RAO**

==============================================================

## EMERGENCY PETITION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

==============================================================

Comes Now Jose Mauro Salazar- Garza (Hereinafter "Petitioner"), pro se, and respectfully moves this Honorable Court to issue an order directing Respondents to release Petitioner from their custody due to the violation of his rights under the Due Process Clause of the Fifth Amendment. In the alternative, Petitioner moves this Honorable to conduct an evidentiary hearing.

---

1    **Adelanto ICE Processing Center is a facility that is privately owned and managed by Geo Group Inc.**

=================**LEGAL STANDARD**=================

The Fifth Amendment's Due Process Clause provides that "[n]o person shall be ... deprived of life, liberty, or property, without due process of law." It specifically "entitles aliens to due process of law in deportation proceedings." ***Reno v. Flores, 507 U.S. 292, 306, 113 S. Ct. 1439, 123 L. Ed. 2D 1(1993).***

===============**STATEMENT JURISDICTION**===============

Under ***28 U.S.C. § 2241(c)(1), (c)(3),*** the Court can grant a writ of habeas corpus to people detained "under ... the authority of the United States" or "in violation of the Constitution or laws or treaties of the United States.". A writ application "shall allege the facts concerning ... detention." ***Id. § 2242.*** Allegations made in an answer to a habeas petition, "if not traversed, shall be accepted as true." ***Id. § 2248***. Oral testimony, depositions, affidavits, and documentary evidence are permissible. ***See Id. §§ 2246-47.*** After receiving an application, the Court must "summarily hear and determine the facts, and dispose of the matter as law and justice require." ***Id. § 2243.***

2

## ================ADMINISTRATIVE REMEDIES===============

Petitioner have exhausted all of the administrative remedies related to his release on a bond. However, Courts have discretion to waive the exhaustion requirement where pursuing administrative remedies would be futile, the administrative remedies are inadequate or not efficacious, irreparable injury would result, or the administrative proceedings would be void. ***See Ward, 678 F.3d at 1045(citations omitted); Laing v. Ashcroft, 370 F.3d 994, 1000 (9th Cir. 2004) (citation omitted).*** A "key consideration" in exercising such discretion is whether "relaxation of the requirement would encourage the deliberate bypass of the administrative scheme." ***Id. (quoting Montes v. Thornburgh, 919 F.2d 531, 537 (9th Cir. 1990)).***

## ================FACTUAL BACKGROUND==================

Petitioner was born in Mexico on September 10, 1974, however, he lived in the United States with his entire family since he was 5-years old. Petitioner never became a U.S. Citizen, despite being a Lawful Permanent Resident ("LPR") through his parents[2], and despite being married to a U.S. Citizen. In 1996, Petitioner was indicted in California Superior Court, County of San Bernardino ("State Court"), with ***Felony Transporting a Controlled Substance Which Exceeded Four Kilograms of Methamphetamine, in***

---

2   **Petitioner is also married to a U.S. Citizen, and all of his kids, siblings, and parents are U.S. Citizens.**

3

_violation of Health and Safety Code Section 11379(a) and 11370.4(b)(2)_("Count One"), and a **_Felony Possession for Sale of controlled Substance in violation of Health and Safety Code Section 11378_**("Count Two").**(See Case FVI05148, People v. Jose Mauro Salazar).** Based on the advice of his then attorney[3], Petitioner pleaded guilty to to Count Two, a **_Felony Possession for Sale of controlled Substance in violation of Health and Safety Code Section 11378,_** however, his attorney at the time never informed him that his guilty plea could have immigration consequences.

In May of 1999, after being released from custody in the state of California, Petitioner's **_LPR_** status was revoked, and he was deported to Mexico. During the criminal proceedings and his imprisonment, Petitioner's oldest son was diagnosed with Leukemia, therefore, he would've never accepted the plea offer if he knew it would render him deportable. Moreover, at the time of his criminal proceedings, Petitioner's entire family lives in the United States, and he has no family ties in Mexico. Shortly after his deportation to Mexico in May of 1999, Petitioner was able to reenter to the United States illegally through **_Hidalgo_** point of entry, and lived with his family in **_Weslaco, Texas,_** and he never enter the state of California

---

3   **In 1996 Petitioner was represented by attorney Donovan J. Dunnion for the California State charges in the Superior Court, County of San Bernardino.**

since his return to the United States. On October 16, 2019, Petitioner was indicted in the U.S. District Court for the Southern District of Texas, with One count of conspiracy to possess with intent to distribute 50 grams or more of methamphetamine, in violation of *21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A),* and One count of possession with intent to distribute 50 grams or more of methamphetamine, in violation *of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) and 18 U.S.C.§ 2. No. 19-CR-1094, Dkt. 1).* During the proceedings, Petitioner was represented by attorney Carlos Noel Monarrez **("Monarrez"),** who was a court appointee. Based on the advice of *Monarrez,* Petitioner agreed to enter a guilty plea for Count Two, however, in exchange for his cooperation with the U.S. Government against members of the Cartel, Petitioner was sentenced to 60-Months in prison, followed by Four years of supervised release. During the Criminal proceedings, **Monarrez** knew that Petitioner was deported in 1999, due to his conviction in the state of California, therefore, **Monarrez** didn't provide Petitioner with any advice regarding the possibility of immigration consequences due to the federal charges. After completing his imprisonment in the *BOP* on July 21, 2023, Petitioner was detained by *ICE,* at *Adelanto Detention Center* in the State of California, County of San Bernardino.

5

While going through his current removal proceedings, the Immigration Court denied Petitioner's request for bond at least on three different occasions, with at least Six months gap between the requests. Moreover, Petitioner was denied relief under **INA,** and his Final Order of Deportation for May of 1999 was reinstated. **(See Exhibit. 1)**[4]. Petitioner filed a timely Notice of Appeal with the **BIA,** and after he was denied by the **BIA,** Petitioner filed a motion for stay of removal with the Ninth Circuit, which was granted while the appeal is pending before the Ninth Circuit[5]. In addition to his appeal, Petitioner discovered that under *Cal. Pen. Code § 1473.7(a) & § 1473.7 (b)(1),* the state of California[6] allows defendants to vacate their convictions in situations were their defense attorney failed to advise them of the possibility of adverse immigration consequences. Given the fact that he was never informed of the immigration consequences when he entered the guilty plea, Petitioner has filed a motion to vacate his conviction in the State Court, County of San Bernardino.**(See People v. Jose Mauro Salazar, Case No. FVI05148).** The

---

4  **The final order of deportation, which clearly states that Petitioner's final order of deportation from May of 1999 is being reinstated.**

5  **The appeals that is related to immigration before the Ninth normally takes between to to three years to be decided.**

6  **In 2017, the State of California enacted a law that allows defendants to vacate their convictions that had adverse affect   on their immigration status prior to *Padilla v. Kentucky, 559 U.S. 356, 370, 130 S. Ct. 1473, 176 L. Ed. 2D 284 (2010),* and was made retro active as long as they meet certain criteria.**

its final decision, Petitioner is prepared to file a motion to reopen the removal

proceedings based on ineffective assistance of counsel, because his attorney failed

to file an application for Adjustment of Status given the fact that Petitioner's wife[10]

and Six children are all U.S. Citizens by birth, and he also failed to subpoena

federal agents that Petitioner worked for as a confidential informant against cartel

members, which could've a positive results on Petitioner's case, given the fact that

Petitioner will more likely than not to face persecution on the hands of the

Mexican Cartel.

---

**The petition must be certified by a law enforcement official, prosecutor, judge or, other authority "investigating criminal activity." 8 U.S.C. § 1184(p)(1). Plaintiff requests the undersigned certify that he is a victim of qualifying criminal activity and is likely to aid in the investigation of those crimes. The statute lists at least four requirements to obtaining a U-Visa, and they are listed as follows in (U)(i) subject to section 1184(p) of this title, an alien who files a petition for status under this subparagraph, if the Secretary of Homeland Security determines that-(I) the alien has suffered substantial physical or mental abuse as a result of having been a victim of criminal activity described in clause (iii);(II) the alien (or in the case of an alien child under the age of 16, the parent, guardian, or next friend of the alien) possesses information concerning criminal activity described in clause (iii);(III) the alien (or in the case of an alien child under the age of 16, the parent, guardian, or next friend of the alien) has been helpful, is being helpful, or is likely to be helpful to a Federal, State, or local law enforcement official, to a Federal, State, or local prosecutor, to a Federal or State judge, to the Service, or to other Federal, State, or local authorities investigating or prosecuting criminal activity described in clause (iii); and (IV) the criminal activity described in clause (iii) violated the laws of the United States or occurred in the United States (including in Indian country and military installations) or the territories and possessions of the United States.8 U.S.C. § 1101(a)(15)(U). Moreover, to certify a U-Visa, a judge or law enforcement officer must affirm that he "has been helpful, is being helpful, or is likely to be helpful" in the investigation or prosecution of criminal activity described in section 1101(a)(15)(U)(iii). 8 U.S.C. § 1184(p)(1).**

10 **Petitioner's Wife is waiting for the State Conviction to be vacated, which will make Petitioner's chances much higher to be approved for Adjustment of Status under I-130.**

State Court found merits in Petitioner's motion to vacate, therefore, the State Court appointed Attorney Sean O'Connor to represent Petitioner, and the hearing is scheduled for July 11, 2025, at the Victorville Division. After vacating his conviction in State Court, Petitioner is planning of filing a *Writ of Coram Nobis* with the District Court for the Southern District of Texas, because attorney *Monarrez* relied on the fact that Petitioner was deported in the past due to the State conviction, thus, attorney *Monnarez* never bothered to mention to Petitioner the adverse immigration consequences that could stem from pleading guilty to the federal charges. Moreover, on September 20, 2024,  Petitioner was attacked while in *ICE* custody, and he lost his finger[7] by one of the detainees who is known to have violent record, and serious mental illness.**(See Exhibit.2)[8].** Petitioner filed a complaint with the San Bernardino Sheriff's Office, and the case was transferred to the District Attorney's Office.**(See Case No. 242401906 at the San Bernardino Sheriff's Office).** Currently, Petitioner is in the process of obtaining U-Visa Certification from the Sheriff's Office or the District Attorney, in order to file for U-Visa[9] Application with the *USCIS.*  Furthermore, after the Ninth Circuit makes

---

7   **The crime make Petitioner qualified for U-Visa, because of the nature of the crime, and the fact that Petitioner is who filed the complaint, and will be needed as a key witness for the prosecutor.**

8   **Exhibit # 2, is the record of the incident investigation medical record from the hospital, and from the medical unit at the Facility**

9   **The U-Visa classification grants temporary immigration status for victims of certain crimes who are likely to aid in the investigation of qualifying crimes, including sexual assault. 8 U.S.C. § 1101(a)(15)(U).**

As of the day this motion was filed, Petitioner has been in **ICE** custody for nearly two years, and he is not receiving the proper medical care for his severed finger. Moreover, Petitioner's appeal with the Ninth Circuit will take 2 to 3 years on average from the day it was filed. Furthermore, Petitioner is entitled to other immigration benefits, in case his appeal was denied by the Ninth Circuit.

=====================ARGUMENT=====================

## 1. PETITIONER MUST BE RELEASE FROM ICE CUSTODY BECAUSE HIS PROLONGED CIVIL DETENTION HAS VIOLATED THE DUE PROCESS.

The Fifth Amendment's Due Process Clause provides that "[n]o person shall be deprived of life, liberty, or property, without due process of law." It specifically "entitles aliens to due process of law in deportation proceedings." ***Reno v. Flores, 507 U.S. 292, 306, 113 S. Ct. 1439, 123 L. Ed. 2D 1(1993).***The Supreme Court has held that the Due Process Clause applies to every "person" in the United States. It "protects every one of these persons from deprivation of life, liberty, or property without due process of law." ***See Mathews v. Diaz, 426 U.S. 67, 77, 96 S. Ct. 1883, 48 L. Ed. 2d 478 (1976)***. In particular, "the Due Process Clause protects an alien subject to a final order of deportation."***See Zadvydas v. Davis, 533 U.S.***

9

_**678, 693-94, 121 S. Ct. 2491, 150 L. Ed. 2D 653 (2001) (citing Wong Wing, 163**_

_**U.S. at 238).**_ In this case, this Honorable Court must issue an order directing

Respondent to release Petitioner, because his due process is violated and will

continue to be violated if Petitioner remains in **_ICE_** custody. In support thereof,

Petitioner will show as follows:

First and foremost, Petitioner's civil detention for two years without a bond has

transitioned into a prolonged and punitive detention, which violates Petitioner's

due process. Second, in each of the bond hearings, the government failed to prove

by clear and convincing evidence that petitioner is flight risk and danger to

society, however, in immigration courts the bar is set too low purposefully, in

order for the DHS to meet their burden. Third, Petitioner's case is currently before

the Ninth Circuit, which could take a minimum of Two years before the Ninth

Circuit Makes its final decision. Fourth, Petitioner has filed a motion to vacate his

State conviction, which will nullify the previous order of removal, and make

Petitioner eligible to file for other immigration benefits that he couldn't apply to

while having a final order of removal on his record. Fifth, in case the Ninth Circuit

ruled against Petitioner, his new attorneys are prepared to file a motion to reopen

the removal proceedings based on an ineffective assistance of counsel because his

previous attorney failed to competently present his Convention Against Torture
application by failing to subpoena witnesses and submitting scant evidence to
prove that Petitioner has served as a Federal confidential informant against Cartel
leaders, and the he will be subjected to persecution if deported to Mexico. Sixth,
Petitioner is eligible for *U-Visa*, for being assaulted and losing his finger while in
ICE custody, which is one of the qualifying crimes under ***8 U.S.C. § 1101(a)(15)***
***(U).*** Seventh, Petitioner's wife is in the process of filing an *I-130 form* with
*USCIS* for Petitioner Adjustment of Status. Finally, an attorney with the name
***Dan O'Leary*** is currently representing Petitioner in suing the ***Detention Center,***
***ICE,*** and the ***Department of Homeland Security*** for the Petitioner's injury, pain
and suffer, and for emotional and psychological distress caused by injury. In 2024,
in a case that is very similar to Petitioner's case, the U.S. District Court for the Northern
District of California has ruled in favor of an *ICE* detainee and found that his due
process was violated. ***See Doe v. Becerra, No. 23-cv-04767, 2023 U.S. Dist. LEXIS***
***214687, 2023 WL 8307557 (N.D. Cal. Dec. 1, 2023).*** In another case on April 21, 2025,
the U.S. District Court for the Central District of California had also ruled in favor of an
*ICE* detainee[11], and he was released from *ICE* custody. ***See Singh v. Garland, Case No.***
***5:24-CV-01635.(April 21, 2025. C.D. Cal).***

---

11 **Harinder Singh was actually Petitioner's Dorm-Mate for nearly two years before his habeas corpus
was granted in the United States Court for the Central District of California.**

## ==============CONCLUSION============

Based on the amount of the legal remedies that Petitioner is currently pursuing,

and the amount of immigration benefits he is eligible for, it is *clear as day* that

there is no reasonable likelihood that Petitioner's deportation will be effectuated in

the reasonably foreseeable future. Petitioner's continued detention violates **_8_**

**_U.S.C. § 1231(a)(6),_** and his due process rights. Therefore, this Honorable Court

must issue an order directing Respondents to stop violating Petitioner's due

process rights, and to release him on bond immediately, pending his appeal, and

his other Applications, and legal proceedings.

*Respectfully Submitted*

**JOSE MAURO SALAZAR- GARZA**

12

# <u>EXHIBIT # 1</u>

# <u>LETTER FROM ICE</u>
# <u>TO NOTIFY JOSE SALAZAR</u>
# <u>THAT HIS FINAL ORDER OF</u>
# <u>REMOVAL FOR 1999 HAS</u>
# <u>BEEN REINSTATED.</u>

# EXHIBIT # 2

# MEDICAL RECORD FOR JOSE SALAZAR WHEN HE LOST HIS FINGER IN ICE FACILITY & RECORD FOR THE INTERNAL INVESTIGATION CONDUCTED BY THE OFFICIALS AT GEO GROUP.

Exhibit 2

GEO
Secure Services
Desert View/Annex Facility

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

| | | | |
|---|---|---|---|
| **Detainee Name:** | SALAZAR- GARZA, JOSE | **A#:** | 24827158 |
| **Date & Time of Incident:** | 09/20/2024 1245 | **Nationality:** | MEXICO |
| **Incident Location:** | B-SIDE RECREATION | **Housing Assignment:** | B2 37 L |

### PROHIBITED ACTS

**Code/Description #1**   201 - Fighting or horseplay that could cause injury to another person

**Code/Description #2**

**Code/Description #3**

Description of Incident : on friday at 1245 on September 20 2024 I officer Listenbee called code yellow on B-Side Recreation due to a soccer game fight Between Romero-Sanchez A# 246777374 and Salazar-garza A# 24827158 I officer Listenbee attemped to seperate detainees with verbal commands during separation of detainees Salazar garza A# 24827158 says his finger was Bitten off officer carvizo arrived on location to assist and call code Blue for finger on Righthand.

**Name of Reporting Officer:** B. Listenbee

**Date & Time of Report:** 9-20-24   1545

**Signature:** Bee

Reviewed for accuracy prior to investigation by:

**Supervisor:** LTc. munay

**Date & Time:** 9-20-24   1740

| | | |
|---|---|---|
| **Staff Witnesses?** | Yes ● | No ○ |
| **Evidence Attached?** | Yes ○ | No ● |
| **Supporting Reports?** | Yes ● | No ○ |



Secure Services™

# MEMORANDUM

GEO Secure Services™
Desert View Annex
10450 Rancho Road
Adelanto, CA 92301

Date: 10/09/2024

Tel: 760-246-1171
Fax: 760-246-6420
www.geogroup.com

To: FACILITY ADMINISTRATOR

From: Lt. C. Monroy

RE: **DISCIPLINARY HOUSING UNIT/SANCTIONS ORDER**

Detainee Name: Salazar- Garza, Jose        A#: 24827158        Unit/Cell: 05

An Institutional Disciplinary Panel (IDP) Hearing was conducted on: 10/09/2024    The above
named detainee was found to have committed the specified prohibited act(s) listed below.

Code/Description: 201 - Fighting or horseplay that could cause injury to another person ▼
Code/Description:
Code/Description:
Code/Description:

Sanction(s) Type (loss of commissary, disciplinary segregation, etc):
Disciplinary segregation 200's (up to 30 days) ▼    Days Imposed: 30 days
NO COMMISSARY ▼    Days Imposed: 30 DAYS NO COMMISSARY
Days Imposed:

Date Disciplinary Segregation(s) Began: 09/20/2024

Projected Release Date: 10/20/2024

Reviewed By: D. DUTCHER        Date: 10/9/2024
Facility Administrator or designee

I have received a copy of this Disciplinary Segregation/Sanction Order.

Detainee Name: Salazar- Garza, Jose    A#: 24827158    Sign: REFUSED TO SIGN

Was an interpreter/language line used?    ☐ Yes    ☐ No

Language: _____    Staff Name: _____

Below is a brief outline of special instructions and/or information (if needed).
Charges to run concurrent with current sanctions

Released Date: _____

Released By: _____

Revised Date
04/08/2022

**ADMINISTRATIVE STATUS REVIEW**

On ___09/24/2024___ , I , ___LT. C. MONROE___ , conducted a formal review of the Special
    (Date)               (Title/Name)

Housing status of ___SALAZAR-GARZA, JOSE MAURO___ , ___24827158___ who is presently in:
                (Detainee Name)             ID#

[ ] Protective Custody Status    [ ] Medical Segregation    [✗] Other Administrative Segregation ___Pending Investigation___ ▼

Authorizing Supervisor: ___LT. C. MONROE___

Authorizing Medical Officer (if segregation is for medical reasons): ___N/A___

Type of review: ___Within 72 Hour▼___    Was the detainee present during the review?   ✗ YES    NO

Detainee has been in Administrative Segregation for _3_ days.

**The following factors were reviewed with the results as indicated:**

| YES | NO | |
|-----|----|--|
| ✓ | [ ] | Does the reason for initial placement remain valid? |
| [ ] | ✓ | Does the detainee pose a threat to him/herself? |
| [ ] | ✓ | Does the detainee pose a threat to others? |
| [ ] | ✓ | Does the detainee pose a threat to property? |
| [ ] | ✓ | Does the detainee pose a threat to security? |
| [ ] | ✓ | Is the detainee defiant towards authority? |
| [ ] | ✓ | Is the detainee unwilling or unable to live in the general population? |
| [ ] | ✓ | Is the detainee's habitual conduct, language, or behavior of a type which may provoke or instigate stressful/violent situations amongst the general population? |

If any of the above factors are marked "Yes", the detainee must continue his/her existing status, unless the Facility Administrator or designee determines otherwise. If all factors are marked "No", the detainee may be released.

**DOCUMENT REVIEW**

| | | |
|--|--|--|
| ✓ | [ ] | Is the detainee being offered showers at least 3 times weekly? |
| ✓ | [ ] | Is the detainee being offered recreation at least 2 hours daily, 7 days a week? |
| ✓ | [ ] | Is the detainee being offered three meals daily and consuming at least one meal daily? |
| ✓ | [ ] | Is the detainee receiving daily visits from medical staff? |
| ✓ | [ ] | Are the special housing officers signing and properly filling out the special housing assignment activity sheets? |

A "No" answer requires a comment:

I have received a copy of this review ___ / ___24827158___ .
        (Detainee Signature)     (ID#)

Was an interpreter/language line used?   [ ] Yes  [✓] No

Language: ___N/A___    Staff Name: ___N/A___

After 7 consecutive days in administrative segregation, the detainee may exercise the right to appeal in writing the conclusions and recommendations of any facility review conducted to the Facility Administrator or designee

---

**\*\*\* This section is only to be completed if the detainee is requesting (or was offered) to be removed from protective custody \*\*\*\***

I state the initial reason for my placement in Protective Custody (PC) no longer remains valid. I am requesting removal from PC status.

Detainee Signature: _____ ID#: _____ Date/Time: _____

---

**Segregation Review Recommendation:**
[ ] I recommend removal from Administrative Segregation status.
[✓] I do not recommend removal from Administrative Segregation status.
Administrative Lieutenant's Signature: ___LT. C.MONROE___ Date: ___9.23.24___

[✓] Concur with Recommendation  [ ] Release  [ ] Continue Status  [✓] Mental Health ___DE. DEWEY___  Baseline Stable Ⓨ / N

Facility Administrator or Designee Signature: _____ Date: ___9/23/24___

AFOD Signature: _____     **D.GOMEZ AFOD**    Date: **SEP 2 3 2024**

Revised Date
10/26/2022

Documentary Evidence: In addition to the incident report and investigation, the panel considered the following documents:

_FACILITY VIDEO SURVEILANCE PLAYBACK_

D. Confidential information was considered by the IDP and was not provided to the detainee on:

_N/A_
(Date)

IV. FINDINGS

☑ The act(s) was committed as charged

☐ The following act was committed : _201 - FIGHTING_

☐ No prohibited act was committed

V. Specific evidence relied on to support findings:

_OFFICER STATEMENT / REPORT. AND VIDEO PLAYBACK_

VI. Sanction(s) or action(s) taken: Offense severity:

_30 DAYS SMU PLACEMENT._

_30 DAYS NO COMMISSARY_

VII. Reason for Sanction(s) or action(s) taken:

_SANCTIONS WITHIN FACILITY GUIDELINES_

Hearing conducted by: _LT. C·MONRAY_ _____    Date: _10·9·24_
(Print Name & Sign)

VII. Review and concur:

☒ Concur with findings

☐ Proceedings terminated

☐ Discipline imposed

☐ Mental health evaluation _____    Baseline stable?  Y / N

Facility Administrator or Designee Signature: _D. DUTCHER_ _____ _NFA_ Date: _10/9/2024_

Copy delivered to detainee by: _LT. C·MONREY_ _____ on _10-9-24_.
(Signature and Title)    (Date)

Revised Date
01/12/2018

## INSTITUTION DISCIPLINARY PANEL REPORT

**Detainee Name:**  SALAZAR- GARZA, JOSE

**A#:**  24827158

**Date of Offense:**  09/20/2024 1245

**Alleged Disciplinary Code Violation:**

201 - Fighting or horseplay that could cause injury to another person   ▼

I.   **Notice of Charge(s):**

A.   Advance written notice of charge(s) (copy of Incident Report) was given to the detainee on
     _9-22-24_ at _1000_ .

B.   The IDP hearing was held on _10-9-24_ at _1305_ .

C.   The detainee was advised of his/her rights before this IDP by _LT. A.LEDLOW_

     on _9.22.24_ and a copy of this advisement of rights form is attached.

II.   **Staff Representative:**

A.   Detainee waived his/her right to staff representative: _waived_ .

B.   Detainee requested staff representative and _N/A_ appeared.

C.   Requested staff representative declined or could not appear, but detainee was advised of option to postpone
     hearing to obtain an alternative staff representative with the following result:

     _N/A_

D.   Was an interpreter/language line used?   ☐ YES   ☒ NO

     Language: _N/A_     Staff Name: _N/A_

III.   **Presentation of Evidence:**

A.   Detainee has been advised of his/her rights to present a statement or to remain silent, to present documents,
     including written statements of unavailable witnesses, and for relevant and material witnesses to appear on
     his/her behalf.

B.   Summary of detainee's statement: _STATES HE WAS NOT IN A FIGHT._
     _ALSO STATES IT WAS SELF DEFENSE AFTER HE NOTICED_
     _HIS FIGHTER._

C.   WITNESSES: The following persons were called as witnesses at this hearing and appeared (A summary of
     each witness is attached):

     _NO WITNESSES WERE CALLED FOR THIS HEARING_

     The following persons requested were not called for the reason(s) given (unavailable witnesses were
     requested to submit written statements and those statements received were considered):

     _N/A_

Exhibit 2

**GEO** Secure Services
**Adelanto ICE Processing Center**

Desert View Annex

## MEDICAL REPORT ON INJURIES/NON-INJURIES

Last Name: SALAZAR-GARZA    First Name: JOSL MAURO

Date of Birth: 9 / 10 / 74    Detainee A Number: 24827158

Date of Incident: 9 / 20 / 24    Time: 1830 APMX Location: DVA -yArd

Was it necessary to notify Physician/provider? ☒ Yes ☐ No    Time Notified: 1830

Name of Physician/Provider: NP Robles-gray    ☐ Use of Force

Type of Incident: ☒ Fighting    Other: _____

Explain:
VS: 125/72, 60HR, 17Rz, 97¾, 98%RA, 168lb

Injuries/Non-Injuries: Finger Amputation + Right 4th Finger with Abrasions

Head Area Examined: _____    ☐ Deferred
Face Area Examined: _____    ☐ Deferred
Chest Area Examined: _____    ☐ Deferred
Back Area Examined: ____WNL____    ☐ Deferred
Arms Area Examined: _____    ☐ Deferred
Legs Area Examined: _____    ☐ Deferred

Illustrate on the diagram position or place of injury, if any:
**THIS INJURY IS:** (CIRCLE ONE)
**REPORTABLE NON-REPORTABLE**



Finger Amputation



Date of Exam: 9 / 21 / 24  Time: 0014  Signature/Stamp _____

**Document Notes**

| | |
|---|---|
| **Diagnosis** | Left testicular pain, Localized swelling, mass and lump, head, Pain in unspecified foot, Post-traumatic stress disorder, chronic, Pure hypercholesterolemia, unspecified |
| **Allergies** | NO KNOWN DRUG ALLERGY |
| **Agency** | ICE INMATES |
| **Facility** | CADA - DESERT VIEW ANNEX |

| | | | | | |
|---|---|---|---|---|---|
| **Race** | U | **Ethnicity** | HL | **Height** | 5' 6" |
| **DOB** | 09/10/1974 | **Gender** | M | **Weight** | 166 |

ICE - B-NA-01 - N/A-05U - HIGH
SALAZAR-GARZA, JOSE MAURO  - 24827158

## Document Details

| | | | |
|---|---|---|---|
| **Title:** | ER AND ONSITE EMERGENCY | **Uploaded By:** | ALATORRE, NORMA |
| **Group:** | Medical | **Uploaded On:** | 9/30/2024 |
| **Category:** | Discharge Summary, Emergency Room, Inpatient, Records Request | **Signed By:** | |
| **Provider:** | ER AND ONSITE EMERGENCY | **Signed On:** | |
| **Files:** | RX.pdf | | |

## Document Notes

No records match the criteria you have selected.

Document Notes

| Diagnosis | Left testicular pain, Localized swelling, mass and lump, head, Pain in unspecified foot, Post-traumatic stress disorder, chronic, Pure hypercholesterolemia, unspecified |
|---|---|
| Allergies | NO KNOWN DRUG ALLERGY |
| Agency | ICE INMATES |
| Facility | CADA - DESERT VIEW ANNEX |

| Race | U | Ethnicity | HL | Height | 5' 6" |
|---|---|---|---|---|---|
| DOB | 09/10/1974 | Gender | M | Weight | 166 |

ICE - B-NA-01 - N/A-05U - HIGH

SALAZAR-GARZA, JOSE MAURO - 24827158

## Document Details

| | | | |
|---|---|---|---|
| **Title:** | HEALTH ASSESSMENTS (HP) | **Uploaded By:** | ALATORRE, NORMA |
| **Group:** | Medical | **Uploaded On:** | 10/1/2024 |
| **Category:** | CIWA, COWS, History, Medical | **Signed By:** | |
| **Provider:** | Observation, Medical Screening, Physical Exam, RHU, Segregation, Withdrawal | | |
| | HEALTH ASSESSMENTS (HP) | **Signed On:** | |
| **Files:** | 7158.pdf | | |

## Document Notes

No records match the criteria you have selected.

12/27/24 nyc A#24827158



EXhibit 2



## Desert Valley Medical Group

Patient:              **Jose Salazar Garza**
Date of Birth:        09/10/1974
Date:                 12/16/2024 12:00 PM
Visit Type:           Office Visit
Historian:            self

This 50 year old patient presents for hand.

# History of Present Illness
## 1. hand

Jose Salazar Garza is a 50 year old male. Pt is here in office today for Rt hand small finger follow up. DOI 9/20/2024. Pt reports is doing better.

**Past Medical History:**
History unobtainable. Last detailed document date:12/04/2024.

## Medications (active prior to today)
Patient is on no medications.

## Medication Reconciliation
Medications reconciled today.
Patient is on no medications.

## Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Family History

History unobtainable Last detailed document date:12/04/2024.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain, Cyanosis and Irregular heartbeat/palpitations. |
| GI | Negative | Constipation, Diarrhea, Nausea and Vomiting. |
| GU | Negative | Dysuria and Hematuria. |
| Endocrine | Negative | Cold intolerance and Heat intolerance. |
| Neuro | Negative | Difficulty walking, Dizziness and Headache. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and Chief complaint. |
| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% | Pain Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4:05 PM | 119/83 | 48 | | | 5 | 9 | 175.26 | | | | | | 7/10 |

## Measured by

| Time | Measured by |
|---|---|
| 4:05 PM | Jennifer Aleman, Scribe CMA |

## Physical Exam

### Hand Exam - Right

**Comments:** full ROM of Rt hand

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Complete traumatic transphalangeal amputation of right little finger, initial encounter |

Salazar Garza, Jose    000001255981 09/10/1974 12/16/2024 12:00 PM Page: 2/3

|                | (S68.616A).                                                            |
|----------------|-------------------------------------------------------------------------|
| Patient Plan   | 1. WBAT                                                                  |
|                | 2. Does not need to use brace                                           |
|                | 3. Possible revision Rt small finger amputation in 3 months             |
|                | 4. F/up in 2 months with Rt hand x-ray (day of visit)                   |

## Provider

Samir Nayyar MD

*Document generated by:* Jennifer Aleman, Scribe CMA 12/21/2024 04:08 PM

--------------------------------------------------------------------------------------------------------------------



The GEO Group, Inc.

Adelanto Ice Processing Center/Desert View Annex
10450 Rancho Road
Adelanto, CA 92301
Attention: Trina Randall, HSA
Phone#: (760) 561-6100
Fax# (760) 246-3652

Date:    12/16/2024

Detainee Name:  **Salazar-Garza, Jose Mauro    A# 024827158**  DOB:  **09/10/1974**

In an effort to provide greater continuity in medical care, the following CONFIDENTIAL MEDICAL
INFORMATION is furnished regarding the above-named detainee:

Referring Physician:        See attached referral

Reason for Referral:        See attached referral

Current Medications:        See attached referral

Allergies:        See attached referral

Following completion of evaluation/treatment of this detainee; please provide Adelanto Ice Processing
Center or Desert View Annex the following information:

Name of treating physician:    Dr. Nayyar

Telephone Number:    (760) 241 - 8000  -ex 82ld

Medication recommendations/prescription(s) attached:    YES_____    NO _____

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**Physician Treatment Plan:**

— WBAT
-flup in 2 mos  poss. revision Rt
    Small finger amputatas in 3mos

Physician Follow-up Required:  YES_____    NO_____

Scheduled Appointment Date/Time:



Secure Services™

**DESERT VIEW ANNEX**
**10450 RANCHO RD**
**ADELANTO CA, 92301**

## TRANSPORT/ESCORT AUTHORIZATION

Detainee Name: Salazar-Garza, Jue Mauro          ID# 24827158

HOUSING _____ Custody Level _____

**PURPOSE OF TRIP**

Emergency: ___X___   Medical: _____   Other: _____

Basis for Escorted Trip (Explain Briefly) 5th Rt finger amputee

Date of Trip 9/20/24          **DESTINATION (Complete Address)**
Phone: _____          St Mary Medical Center   VVG
                              Victor Valley Global Medical Center

Reviewed by HSA or Designee: N. Cuevas RN          Date: _____

Restraints Required: Handcuffs ( X ) Belly Chain (X ) Leg Irons ( X )

**Clean Uniform Provided:  Yes ( )  No ( )**

Reviewed by Classification: _____ Date: _____

Additional Information  (provide any significant information regarding detainee's prior record, unusual circumstances, special precautions to be taken, etc.
97.2, 118/73, 99#R, 96%, 20, 10/10,
_____
_____

Reviewed By Captain  (comments and recommendations)          **Universal Precautions**
_____

Captain's Signature: Lt. Conorray          Date: 9-20-24

Patient medicated prior to departure:  Yes( )  No( ) Reason:
_____

Medical Sign/Stamp  N. Cuevas RN          Date: 9/20/24

# Victor Valley Global Medical Center

15248 11th Street, Victorville, CA 92395-3787
(760) 245-8691

Lot 20-85442

**LIST OF SECURITY FEATURES ON REVERSE SIDE**

Name ___Salazar Barza, Jose___

Address _____

D.O.B. 9/16/74

Sex ☐ M ☑ F

1) Augmentin 875mg-125mg tab
Take 1 tab PO BID
Dispense #10 tabs

Quantity: ☐ 1-24  ☐ 25-49  ☑ 50-74  ☐ 75-100
☐ 101-150  ☐ 151 and over ___ units
☐ Do not substitute  Refills: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4

2) Norco 10/325mg tab
Take 1/2 tab PO Q6H pm pain
Dispense #10 tabs

Quantity: ☐ 1-24  ☐ 25-49  ☐ 50-74  ☑ 75-100
☐ 101-150  ☐ 151 and over ___ units
☐ Do not substitute  Refills: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4

3) Ibuprofen 400mg tab
Take 1 tab PO Q6H pm pain
Dispense #30 tabs

Quantity: ☐ 1-24  ☐ 25-49  ☐ 50-74  ☑ 75-100
☐ 101-150  ☐ 151 and over ___ units
☐ Do not substitute  Refills: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4

4)

Quantity: ☐ 1-24  ☐ 25-49  ☑ 50-74  ☐ 75-100
☐ 101-150  ☐ 151 and over ___ units
☐ Do not substitute  Refills: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4

X _____   Date 9/26/24

Prescription is void if the number of drugs prescribed is not noted. ☐ 1 ☐ 2 ☑ 3 ☐ 4

SP-51

Serial # PAA344A10421

No. 1521

OneContent: Generated By vvgmc.local\Nicky.La

### VICTOR VALLEY GLOBAL MEDICAL CENTER
### Patient Discharge Instructions

Patient Name:  **Secured Patient**

| | | | |
|---|---|---|---|
| Visit ID: | **0001815966** | MR Number: | **0000630375** |
| DOB: | **09/10/1974** | Discharged: | |
| Attending: | **JOHN MOUBAREK** | | |

Complaint:  **Upper extremity pain**



Discharge 1

## DESPUÉS DE INSTRUCCIONES PARA EL CUIDADO DEL PACIENTE

- El examen y el tratamiento que ha recibido en el Departamento de Emergencia han sido prestados con carácter de emergencia solamente. Ellos no están destinados a ser un sustituto de, o un esfuerzo por proporcionar, atención médica continua completa.
- Es esencial que siga atentamente las instrucciones que figuran a continuación.

## MEDICATION WARNING

- You may have received a medication which may impair your judgment, coordination and level of consciousness.
- DO NOT perform any activity or use any machinery which may cause yourself or other injury for 12 hours following your last dose, I.E. Drive your car, use power tools or sharp instruments, etc.

## ADVERTENCIA DE MEDICAMENTOS

- NO realice cualquier actividad o utilizar cualquier máquina que puede causar a sí mismo oa otra lesión durante 12 horas después de su última dosis, IE Conduce tu coche, usar herramientas eléctricas o instrumentos punzantes, etc.
- Es posible que haya recibido un medicamento que pueda afectar su juicio, la coordinación y el nivel de conciencia.

## PATIENT PORTAL/PORTAL DEL PACIENTE AND CHART REQUEST

- Please visit our "Patient Portal" to explore your personal healthcare information electronically/ Por Favor visite nuestro Portal de Paciente "Patient Portal" para que explore electronicamente su visita personal de la asistencia médica
- A patient portal is an internet application that allows patients to access their health information electronically/ El Portal del Paciente es una aplicación de Internet que permite que pacientes tengan acceso a su información de salud Electrónicamente
- All you need to activate this service is a valid email address, Todo lo que usted necesita hacer para activar este servicio es tener una  dirección válida de correo electrónico.
- You will then be able to access information from your visit, allergies, test results, vital and more in one place/ Entonces usted tendrá acceso a la información de su visita en el hospital, y pordra ver  resultados, vitals, examenes
- Follow My Health Support Number: (888)670-9775 / Siga mi soporte de salud por teléfono: (888) 670-9775
- To sign-up for our Patient Portal go to: followmyhealth.com / Para inscribirse en nuestro portal del paciente vaya a: followmyhealth.com

**09/20/2024 22:42**

**Page 2 of 3**



EXHIBIT # 1
(1) B2, 37L

*Office of Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

## U.S. Immigration and Customs Enforcement

Salazar Garza, Jose
C/O Immigration and Customs Enforcement
Los Angeles Field Office

A 024 827 158

### Decision to Continue Detention

This letter is to inform you that U.S. Immigration and Customs Enforcement (ICE) has reviewed your custody status and determined that you will not be released from custody at this time. This decision was based on a review of your file record and/or personal interview and consideration of any information you submitted to ICE reviewing officials.

You are a native and a citizen of Mexico. You were removed from the United States to Mexico via I862, Order of Immigration Judge on May 25, 1999; your removal order was re-instated via I871, Reinstatement of a Previous Removal Order, however as of September 5, 2024, your case remains pending.

You are classified as an Aggravated Felon due to your criminal convictions.

ICE has reason to believe there is a significant likelihood that your removal will occur in the reasonably foreseeable future. Therefore, you are to remain in ICE custody at this time, as ICE is unable to conclude that the factors set forth in 8 C.F.R. § 241.4(e) have been satisfied.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to affect your removal.

You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

*Jennifer R. Lamoureux*

September 4, 2024

HQ IOD FOU Unit Chief

Date

www.ice.gov

Decision to Continue Detention
Salazar Garza, Jose
A024 827 158 page 2

## PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I _____L. Lopez_____ , _____DO_____ ,
                Name of ICE Officer                              Title

certify that I served _____Salazar Garza, Jose_____ with a copy of
                              Name of detainee

this document at __Desert View Facility__ on __09/10/2024__ , at __0937__ .
                        Institution                        Date            Time

(b)    I certify that I served the custodian _____F. Semaia_____ ,
                                                    Name of Official

__Facility Administrator__ , at _____Desert View Facility_____ , on
            Title                                Institution

__09/10/2024__ with a copy of this document.
        Date

## OR

**(2)    Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____ , _____ , certify
        Name of ICE Officer                    Title

that I served _____ and the custodian _____
                Name of detainee                      Name of Official

with a copy of this document by certified mail at _____ on _____ .
                                                    Institution            Date

Detainee Signature: _Refused to Sign_ Date: _9/10/2024_

( ) cc: Attorney of Record or Designated Representative
(x) cc: A-File

Jose M. Salazar Garza #24827158
WHA-102-1L
10250 Rancho Road
Adelanto, CA 92301

Legal Mail

U.S. District Cou
Central District of Cali
255 Temple St
Los Angeles, CA 90



Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PRIORITY MAIL

**US POSTAGE**

quadient
CORRECTION
IMI
**$008.50**
06/02/2025 ZIP 92301
043M31242472

PRIORITY MAIL

**VISIT US AT USPS.COM**
ORDER FREE SUPPLIES ONLINE



FROM: Jose M. Salazar Garza
#294827158  W4A-102-1L
10230 Rancho Road
Adelanto, CA 92301

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN - 3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY

TO: U.S District Court
Central District of California
255 Temple Street.
Los Angeles, CA 90012

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE ®

how2recycle.info

- ...cted delivery date specified for domestic use.
- ...estic shipments include $100 of insurance (restrictions apply).*
- ...S Tracking® service included for domestic and many international destinations.
- ...ed International Insurance.**
- ...e used internationally, a customs declaration form is required.
- ...e does not cover certain items. For details regarding claims exclusions see the ...Mail Manual at http://pe.usps.com.
- ...ernational Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

how2recycle.info

**T RATE ENVELOPE**
...ATE ■ ANY WEIGHT

...CKED ■ INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2

Label 228, December 2023       FOR DOMESTIC AND INTERNATIONAL USE

**UNITED STATES**
**POSTAL SERVICE** ®

**PRIORITY**®
**MAIL**

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

T RATE ENVELOPE
■ ANY WEIGHT

dule free Package Pickup,
can the QR code.



PS.COM/PICKUP

CKED ■ INSURED



EP14F October 2023
OD: 12 1/2 x 9 1/2

0001000014

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.