UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAURO SALAZAR-GARZA,<br><br>　　　Plaintiff,<br><br>v.<br><br>FERETI SEMAIA et al.,<br><br>　　　Defendants. | Case No. 2:25-cv-05324-SB-RAO<br><br>ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE |

　　　Plaintiff Jose Mauro Salazar-Garza, proceeding pro se, filed a petition for writ of habeas corpus on June 3, 2025, without paying the required filing fee or submitting a request to proceed in forma pauperis (IFP).  Dkt. No. 1.  On June 3, 2025, the clerk's office notified Plaintiff of the deficiency, provided an IFP form application (CV-60P), directed Plaintiff to either pay the filing fee or submit an IFP request within 30 days, and noted that failure to do so within 30 days may result in dismissal.  Dkt. No. 2.  By no later than July 14, 2025, Plaintiff is ordered to either pay the filing fee or file form CV-60P requesting to proceed IFP.  Failure to do so will result in the dismissal of this case without prejudice.

Date: June 17, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge