UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAURO SALAZAR-GARZA,<br><br>Petitioner,<br><br>v.<br><br>FERETIA SEMAIA, et al.,<br><br>Respondents. | Case No. 2:25-cv-05324-SB-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Emergency Writ of Habeas Corpus brought under 28 U.S.C. § 2241 (Dkt. No. 1), Respondent's answer to the petition (Dkt. No. 9), the Report and Recommendation of United States Magistrate Judge (Dkt. No. 12), Petitioner's objection to the report (Dkt. No. 13), and all related records and files.

Petitioner's conclusory objections—stated in one paragraph—do not raise new or additional arguments and lack merit for the reasons stated in the Report and Recommendation. In his objections, Petitioner requests a bond hearing as an alternative to release, citing "new circumstances," but he does not identify any new circumstance that would warrant a hearing. This request is therefore denied.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Petition is denied, and judgment

1 | shall be entered dismissing this action with prejudice.

3 | DATED: November 12, 2025

*[signature]*

Stanley Blumenfeld, Jr.
United States District Judge