JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAURO SALAZAR-GARZA, | Case No. 2:25-cv-05324-SB-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| FERETI SEMAIA, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Petition is denied, and this action is dismissed with prejudice.

DATED:  November 12, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge